

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:        01-13-00085-CV

Style:        Michael M. Euler

**v** Miles Marks and Texas Dow Employees Federal Credit Union

Date motion filed[*]:        January 17, 2013

Type of motion:        Motion for Extension of Time to File Record

Party filing motion:        Appellant

Document to be filed:

If motion to extend time:

        Deadline to file document:

        Number of previous extensions granted:

        Length of extension sought:

Ordered that motion is:

      ☐      Granted
            If document is to be filed, document due:

            ☐   The Clerk is instructed to file the document as of the date of this order
            ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐      Denied

      ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

**Appellant's motion is carried with the case pending this Court's receipt of the clerk's record on indigence.**

Judge's signature: /s/ Justice Rebeca Huddle
               ☑ Acting individually    ☐ Acting for the Court

               Panel consists of _____.

Date: March 4, 2013